IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-YOUNGSTOWN

| | |
|---|---|
| VIOLA AND LOUIS SAULSBERRY, ) </br> ) </br> Plaintiffs, ) </br> ) | Civil Action No. 4:12-cv-1497 |
| v. ) </br> ) | Magistrate Judge George J. Limbert |
| NORTHSTAR LOCATION SERVICES, LLC, ) </br> ) </br> Defendant. ) </br> _____ ) | |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Ohio, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (0076096)
**WEISBERG & MEYERS, LLC**

Filed electronically on this 23rd day of August, 2012, with:

1

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 23rd day of August, 2012 to:

Todd A. Rossman, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, NY  07102
Todd.Rossman@leclairryan.com

By: s/Ronald S. Weiss
      Ronald S. Weiss