IT IS SO ORDERED.

/s/George J. Limbert
U.S. MAGISTRATE JUDGE
10/03/12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-YOUNGSTOWN

| | |
|---|---|
| VIOLA AND LOUIS SAULSBERRY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHSTAR LOCATION SERVICES, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 4:12-cv-1497 <br><br> Mag. Judge George J. Limbert |

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party.

Dated this 2nd day of October, 2012.

For Plaintiff,                                    For Defendant,
 s/ Ronald S. Weiss                            s/ Todd A. Rossman
Weisberg & Meyers, LLC                   LeClair Ryan

1